### DAWSON v. STATE. (No. 11737.)

Court of Criminal Appeals of Texas. June 6, 1928.

Indictment and information ⚎196(5)—Court properly refused to quash indictment, because charge that defendant unlawfully transported liquor did not state particulars, where defendant pleaded guilty.

Court properly overruled motion to quash indictment, on ground that term "did then and there unlawfully transport intoxicating liquor," was insufficient in failing to state particulars, where plea of guilty was entered.

Appeal from District Court, Webb County; J. F. Mullally, Judge.

R. E. Dawson was convicted of transporting intoxicating liquor, and he appeals. Affirmed.

R. R. Smith, of Jourdanton, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The transportation of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year.

The indictment was attacked upon the ground that the term "did then and there unlawfully transport intoxicating liquor" was insufficient, in failing to state any particulars with reference to the manner and place of transportation. The action of the court in overruling the motion to quash is not deemed erroneous. A plea of guilty was entered. The evidence heard is not brought up for review. Complaint is made of no matters other than that mentioned.

The judgment is affirmed.

---

### CHINN v. STATE. (No. 11868.)

Court of Criminal Appeals of Texas. June 13, 1928.

Criminal law ⚎1090(1)—Record containing no statement of facts or bills of exceptions presents nothing for review.

In the absence of a statement of facts or bills of exceptions in the record, nothing is presented for review.

Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge.

Wheeler Chinn was convicted of burglary of a private residence and he appeals. Affirmed.

John E. V. Jasper, of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for burglary of a private residence, punishment being 50 years in the penitentiary.

No statement of facts or bills of exceptions are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.